```
                  UNITED STATES COURT OF APPEALS

                     FOR THE FOURTH CIRCUIT
                                                        FILED
                                                  February 23, 2006


                           No. 06-349
                         3:94-cr-00040-R

In Re: JAMES DARREN TAYLOR

           Movant


                           ---------
                           O R D E R
                           ---------
```

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Gregory with the concurrence of Judge Niemeyer and Judge Shedd.

```
                                    For the Court,

                                    /s/ Patricia S. Connor
                                    _____
                                           CLERK
```